UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 17-10901-RGS

ROLAND YARPAH

v.

UNITED STATES DEPARTMENT of EDUCATION, et al.

## ORDER OF DISMISSAL
September 21, 2017

STEARNS, D.J.

For failure of the plaintiff to file a return of service and/or show good cause why service has not been made, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1.

By the Court,


/s/ Richard G. Stearns
UNITED STATES DISTRICT JUDGE